# EISENBERG & CARTON

ATTORNEYS AT LAW
405 RXR PLAZA
UNIONDALE, NEW YORK 11556
TELEPHONE  (516) 221-3700
FACSIMILE   (516) 977-3337

October 25, 2022

**BY ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re: *Government Employees Insurance Company et al v. Onyema, et al.*
          <u>Case No. 1:21-cv-05717-FB-VMS</u>

Dear Judge Scanlon:

  This firm represents Vladislav Zaretskiy, who is in receipt of a subpoena issued by Plaintiffs in the above-referenced case.

  For reasons beyond the scope of this letter, Mr. Zaretskiy did not initially respond to the subpoena, and therefore was the subject of Plaintiffs' motion to compel (DKT 36), and Your Honor's subsequent Order to Show Cause [DKT Order 09/01/2022], the hearing on which is scheduled for Thursday, October 27, 2022, at 4:30 PM.  With the consent of Plaintiffs' attorneys, I respectfully request that the hearing as to Mr. Zaretskiy be adjourned to a date and time convenient to Your Honor, on or after November 18, 2022.

  The reason for this request is that Plaintiffs' attorneys and I previously agreed that Mr. Zaretskiy would appear tomorrow (October 26, 2022) in response to Plaintiffs' pending subpoena, and that afterwards Plaintiffs' attorneys would withdraw their application to compel as to Mr. Zaretskiy.  However, my spouse was injured in an accident, is scheduled for surgery on her neck tomorrow, and of course I will be assisting her. (She is expected to be fine, but is in quite a bit of pain at this point.)  In light of the same, Plaintiffs' attorneys kindly agreed to adjourn Mr. Zaretskiy's appearance, and the next date that Mr. Zaretskiy, Plaintiffs' counsel and I all had available is November 17, 2022.

  Accordingly, Mr. Zaretskiy has agreed to appear on November 17, 2022 at 10:00 a.m. in response to Plaintiffs' subpoena, and we expect that Plaintiffs' attorneys will withdraw their motion to compel following the same, obviating the need for a hearing as to Mr. Zaretskiy.

  Thank you for your consideration.

                  Respectfully yours,

                  /s/ *Lloyd M. Eisenberg*

                  Lloyd M. Eisenberg

cc:  Counsel of Record (by ECF)